# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO LOAN PROCESSOR OVERTIME PAY LITIGATION | MDL Docket No. 1841 |
| | **[AMENDED ~~PROPOSED~~] CASE MANAGEMENT ORDER** |
| THIS DOCUMENT RELATES TO ALL CASES | |

### [AMENDED PROPOSED] CASE MANAGEMENT ORDER

MARILYN HALL PATEL, United States District Judge:

AND NOW, on this  9th  day of  November, 2007 , it appearing that the cases captioned *Bowne v. Wells Fargo Home Mortgage*, D. Kan., No. 06-2020 and *Basore v. Wells Fargo Home Mortgage, et al.,* N.D. Cal. 07-4, having been filed / or transferred to this Court by an Order entered on June 22, 2007 by the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407, it is hereby ORDERED, as follows:

### CONSOLIDATION

1.      The cases captioned *Bowne v. Wells Fargo Home Mortgage*, D. Kan., No. 06-2020 and *Basore v. Wells Fargo Home Mortgage, et al.,* N.D. Cal. 07-461 are consolidated for pretrial proceedings (the "Consolidated Action").  This order does not constitute a determination that these actions shall be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure.

2.      Orders, pleadings, motions, and other documents will bear a caption similar to that of this order. If generally applicable to all consolidated actions, the documents shall include in its caption the notation that it relates to "ALL CASES" and be filed and docketed only in the master file. A document intended to apply only to a particular case will indicate in its caption the case number of the case(s) to which it applies, and extra copies shall be provided to the clerk to facilitate filing and docketing both in the master case file and the specified individual case file.

**SUBSEQUENTLY FILED
AND TRANSFERRED RELATED CASES**

3.      The terms of this order, including pretrial consolidation and the organizational structure of Plaintiffs' counsel, shall apply automatically to Related Cases (as defined by Civ. L.R. 3-12(a)), later instituted in, removed to, or transferred to this court (including cases transferred for pretrial purposes under 28 U.S.C. § 1407). Objections to such consolidation or other terms of this order shall promptly be filed, with a copy served on liaison counsel for Plaintiffs and Defendants as noted herein.

**PREVIOUSLY FILED PAPERS**

4.      All papers previously filed and served to date in *Bowne* and *Basore* are deemed to be and are hereby adopted as part of the record in the Consolidated Action.

**FILING OF THE ORDER**

5.      This Order shall be filed in file number MDL-1841 and the entry of the Order shall be docketed in each of the consolidated actions.  All papers filed by Plaintiffs and Defendants under the above-consolidated caption shall be filed only in action No. MDL-1841.

**COORDINATION OF PLEADINGS AND OTHER PAPERS**

6.      The Coordinated Action is subject to the Electronic Case Filing ("ECF") requirements of Local Rule 5-4, and General Order 45.  Papers in this case shall be deemed filed and served on all parties when submitted pursuant to the ECF procedures.  All counsel for the parties in the Coordinated Action are ordered to register for ECF if they have not already done so.

**ORGANIZATION OF COUNSEL**

7.      Lead Counsel:  The Court designates the following firm to act as lead counsel on behalf of all Plaintiffs with responsibilities hereinafter described:

**Stueve Siegel Hanson LLP**
George A. Hanson
Eric L. Dirks
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7115
Facsimile: (816) 714-7101

hanson@stuevesiegel.com
dirks@stuevesiegel.com

George A. Hanson and Eric L. Dirks shall have responsibility for the management of all

Plaintiffs.

The Court designates the following firm to act as lead counsel on behalf of Defendants:

**Spencer Fane Britt & Browne LLP**
Denise K. Drake
Eric P. Kelly
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
ddrake@spencerfane.com
ekelly@spencerfane.com

8.     Duties of Lead Counsel for Plaintiffs: Lead Counsel for Plaintiffs shall have the

following responsibilities and duties, to be carried out exclusively by Lead Counsel for Plaintiffs,

or by other Plaintiffs' counsel as designated by Lead Counsel for Plaintiffs:

A.     To speak for Plaintiffs at hearings and conferences;

B.     To present the position of Plaintiffs on matters arising during pre-trial

proceedings;

C.     To file a consolidated complaint;

D.     Coordinate the initiation and conduct of discovery on behalf of Plaintiffs

consistent with the requirements of Fed. R. Civ. P. 26(b)(1) and (2), and

(g), including the preparation of joint interrogatories and requests for

production of documents and the examination of witnesses in depositions;

E.     Conduct settlement negotiations on behalf of Plaintiffs;

F.     Communicate with and enter into stipulations with opposing counsel

necessary for the conduct of the litigation;

G.     Prepare and distribute to the Plaintiffs periodic status reports;

H.     Maintain adequate time and disbursement records covering services of

Lead Counsel for Plaintiffs;

I.     To act as liaison among all parties, including coordinating briefing and

appearances and being available for communications from the court; and

SSH-0513-79268                                    3

J.    Perform such other duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court.

9.    Attorneys appointed as Lead Counsel who are admitted to practice before this court, including those admitted *pro hac vice*, need not associate local counsel.

**INITIAL BRIEFING SCHEDULE**

10.    <u>Initial Briefing and Discovery</u>:  The following briefing and discovery schedule is not intended to indicate any parties' or the Court's position regarding the propriety of any motions relating to these issues or the need for or propriety of any discovery.   The dates established herein for the completion of discovery on certain issues do not preclude the parties from engaging in discovery on other issues.

11.    <u>Section 17200 and Related Issues</u>:  Defendants have raised the possibility of early determination of certain legal issues pertaining to the applicability of California Business & Professional Code §§ 17200 et seq. to the claims raised in *Basore v. Wells Fargo Home Mortgage, et al.,* N.D. Cal. 07-461.

- 17200 Issues discovery will be completed (responses due and depositions completed) by December 31, 2007.

- 17200 Issues moving papers filed and served by January 8, 2008.

- 17200 Issues opposition papers due by January 22, 2008.

- 17200 Issues reply papers due by February 7, 2008.

- 17200 Issues hearing on February 25, 2008 at 2:00 PM.

12.    <u>Rule 23 Class Certification and 216(b) Collective Action Motions</u>:  Plaintiffs shall file their intended Rule 23 class certification motion and a separate motion authorizing collective action notice pursuant to 29 U.S.C. § 216(b), (collectively, "Certification Issues") both according to the following briefing schedule:

- Certification Issues discovery will be completed (responses due and depositions completed) by January 31, 2008.

- Certification Issues moving papers filed and served by March 3, 2008.

- Certification Issues opposition papers due by March 24, 2008.

1  • Certification Issues reply papers due by April 7, 2008.

2  • Certification Issues hearing on April 21, 2008 at 2:00 PM.

3

4  Dated: _November 9, 2007 _____

5

6  Marilyn H.
   United Sta

7  IT IS SO ORDERED

   Judge Marilyn H. Patel

8

9  **STUEVE SIEGEL HANSON LLP**         **SPENCER FANE BRITT & BROWNE**

10  /s/ Eric L. Dirks                    /s/ Eric P. Kelly

11  George A. Hanson                     Denise K. Drake
    Eric L. Dirks                        Eric P. Kelly

12  460 Nichols Road, Suite 200          1000 Walnut, Suite 1400
    Kansas City, Missouri 64112          Kansas City, MO 64106

13  Telephone: (816) 714-7100            Telephone: (816) 474-8100
    Facsimile: (816) 714-7101            Facsimile: (816) 474-3216

14  hanson@stuevesiegel.com              ddrake@spencerfane.com
    dirks@stuevesiegel.com               ekelly@spencerfane.com

15  **ATTORNEYS FOR PLAINTIFFS**         **ATTORNEYS FOR DEFENDANTS**

16

17

18

19

20

21

22

23

24

25

26

27

28

SSH-0513-79268                    5